UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*7-Eleven, Inc., et al. v. Visa Inc., et al.,* No. 13-cv-05746 (E.D.N.Y.) (MKB) (JO). | No. 14-md-01720 (MKB) (JO)<br><br>PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE VISA DEFENDANTS AND THE MASTERCARD DEFENDANTS |

WHEREAS plaintiff The Gymboree Corporation in the action *7-Eleven, Inc., et al. v. Visa Inc., et al.*, No. 13-cv-05746 (E.D.N.Y.), which is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, 1:05-md-01720 (E.D.N.Y.) (the "Settling Plaintiff"), having fully settled all of its claims against the defendants Visa, Inc., Visa U.S.A. Inc., Visa International Service Association, MasterCard Incorporated, MasterCard International Incorporated, Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., JPMorgan Chase & Co., Chase Bank USA, N.A., Chase Paymentech Solutions, LLC; JPMorgan Chase Bank, N.A., Citigroup Inc., Citibank N.A., Citicorp Payments Services, Inc., Wells Fargo & Company, and Wells Fargo Bank, N.A. (collectively the "Defendants"), by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Settling Plaintiff's claims and action against the Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs; and

WHEREAS because that dismissal will terminate and dispose of the claims and action of the Settling Plaintiff, and there are no pending counterclaims, cross-claims, or third-party claims

1

to which the Settling Plaintiff is subject, there is no just reason for delay in entering judgment as to the Settling Plaintiff pursuant to Federal Rule of Civil Procedure 54(b).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Settling Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs, and, pursuant to Federal Rule of Civil Procedure 54(b), the Clerk of the Court is hereby directed to enter a judgment dismissing with prejudice all claims of The Gymboree Corporation in *7-Eleven, Inc., et al. v. Visa Inc., et al.*, No. 13-cv-05746 (E.D.N.Y.).

Dated: ___Jan 30___, 2015.

**STRANGE & CARPENTER**

By: _____
Brian R. Strange
Keith Butler
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA  90025
(310) 207-5055
lacounsel@earthlink.net

*Attorneys for Settling Plaintiff*

**ARNOLD & PORTER LLP**

By: _____
Robert C. Mason
399 Park Avenue
New York, NY  10022
(212) 715-1000
robert.mason@aporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111

to which the Settling Plaintiff is subject, there is no just reason for delay in entering judgment as to the Settling Plaintiff pursuant to Federal Rule of Civil Procedure 54(b).

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Settling Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs, and, pursuant to Federal Rule of Civil Procedure 54(b), the Clerk of the Court is hereby directed to enter a judgment dismissing with prejudice all claims of The Gymboree Corporation in *7-Eleven, Inc., et al. v. Visa Inc., et al.*, No. 13-cv-05746 (E.D.N.Y.).

Dated: _____, 2015.

                               **STRANGE & CARPENTER**

                               By: _____
                                         Brian R. Strange
                                         Keith Butler
                                         12100 Wilshire Blvd., Suite 1900
                                         Los Angeles, CA 90025
                                         (310) 207-5055
                                         lacounsel@earthlink.net

                               *Attorneys for Settling Plaintiff*

                               **ARNOLD & PORTER LLP**

                               By: /s/ Robert C. Mason
                                         Robert C. Mason
                                         399 Park Avenue
                                         New York, NY 10022
                                         (212) 715-1000
                                         robert.mason@aporter.com

                               Robert J. Vizas
                               Three Embarcadero Center, 10th Floor
                               San Francisco, CA 94111

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, NW
Washington, DC 20004

**HOLWELL SHUSTER & GOLDBERG LLP**

Richard J. Holwell
Michael S. Shuster
Demian A. Ordway
Zachary A. Kerner
125 Broad Street, 39th Floor
New York, NY 10004
(646) 837-5151
mshushter@hsgllp.com

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*[1]

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____
Gary R. Carney
Andrew C. Finch
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
2001 K Street, NW
Washington, DC 20006
(202) 223-7300
kgallo@paulweiss.com

---

[1] Arnold & Porter LLP is counsel to the Visa defendants as to all plaintiffs in the *7-Eleven* action except for Barnes & Noble, Inc. and Barnes & Noble College Booksellers LLC.

3

**WILLKIE FARR & GALLAGHER LLP**

Matthew Freimuth
Wesley R. Powell
787 Seventh Avenue
New York, NY   10019
(212) 728-8000
mfreimuth@willkie.com

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**MORRISON & FOERSTER LLP**

By: _____
Mark P. Ladner
Michael B. Miller
1290 Avenue of the Americas
New York, NY   10104
(212) 468-8000
mladner@mofo.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and FIA Card Services, N.A.*[2]

---

[2] Morrison & Foerster LLP is counsel for the Bank of America defendants as to all plaintiffs in the *7-Eleven* action except for Academy Ltd., Beall's, Inc., Costco Wholesale Corp., Dillard's, Inc., Gap, Inc., GNC Holdings, Inc., and Michaels Stores, Inc.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Peter E. Greene
Peter S. Julian
Boris Bershteyn
Four Times Square
New York, NY 10036
(212) 735-3000
peter.greene@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co., Chase Bank USA, N.A., Chase Paymentech Solutions, LLC, and JPMorgan Chase Bank, N.A.*

SIDLEY AUSTIN LLP

By: _____
David F. Graham
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
dgraham@sidley.com

Benjamin R. Nagin
787 Seventh Avenue
New York, NY 10019
bnagin@sidley.com

*Attorneys for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Payments Services, Inc.*

5

PATTERSON BELKNAP WEBB &
TYLER LLP

By: _____/s/ Robert P. LoBue_____
Robert P. LoBue
William F. Cavanaugh
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000
rlobue@pbwt.com

*Attorneys for Defendants Wells Fargo
& Company and Wells Fargo Bank, N.A*

**SO ORDERED:**

Dated:

_____          _____
Brooklyn, New York                                         United States District Judge