UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No. 14-MD-01720 (JG) (JO) |
| This Document Applies to:<br><br>*7-Eleven, Inc., et al. v. Visa Inc., et al.*,<br> No. 13-cv-05746 (JG) (JO) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tom A. Paskowitz of the law firm Sidley Austin LLP, hereby appears as counsel of record in the above-captioned action for and on behalf of defendants Citigroup Inc., Citibank, N.A., and Citicorp Payment Services, Inc.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
       February 2, 2015

SIDLEY AUSTIN LLP

By: */s/ Tom A. Paskowitz*
    Tom A. Paskowitz
    tpaskowitz@sidley.com
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300

*Counsel for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Payment Services, Inc.*