**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION** | **Case No. 14-MD-01720 (JG) (JO)** |

**This Document Applies to:**

*7-Eleven, Inc., et al. v. Visa Inc., et al.*,
No. 13-cv-05746 (JG) (JO)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Colin J. Garry of the law firm Sidley Austin LLP, hereby

appears as counsel of record in the above-captioned action for and on behalf of defendants

Citigroup Inc., Citibank, N.A., and Citicorp Payment Services, Inc.  The Clerk of this Court is

requested to note this appearance on the Court's docket and to forward copies of all entries,

orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
      February 2, 2015

SIDLEY AUSTIN LLP

By: */s/ Colin J. Garry*
    Colin J. Garry
    cgarry@sidley.com
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300

*Counsel for Defendants Citigroup Inc., Citibank, N.A., and Citicorp Payment Services, Inc.*