# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | : : : : : : | 05-md-1720(MKB)(JO) |
| This Document Relates To: | : : |  |
| *7-Eleven, Inc. v. Visa Inc.* No. 13-cv-05746(MKB)(JO) | : : |  |

## REQUEST FOR REMOVAL FROM NOTICE LIST

**TO THE CLERK OF COURT:**

On April 18, 2018, the Court entered the appearance of **Karen P. Anderson** of VeriFone, Inc. as counsel on behalf of non-party VeriFone, Inc. and its subpoenaed employees (Dk. 7191). Because all issues related to that appearance have now resolved, it is requested that Ms. Anderson be removed from the notice list for this matter.

Dated: May 21, 2020

/s/ Karen P. Anderson
Karen P. Anderson (CA Bar No. 193618,
  admitted *pro hac vice* KA4886)
VeriFone, Inc.
2560 N. 1st Street, Suite 220
San Jose, CA 95131
(408) 232-7813
Email: karen.anderson@verifone.com

*Counsel for non-party VeriFone, Inc. and its subpoenaed employees*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May 2020, I caused a true and correct copy of the Entry of Appearance of Karen P. Anderson to be served on all counsel of record via the Court's CM/ECF system.

/s/ Karen P. Anderson